UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

769526
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for QUEENS PARK OVAL ASSET HOLDING TRUST

In Re:

ALEXANDER CENTENO

Order Filed on September 30, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No: 15-33048 - JNP

Hearing Date: June 28, 2016

Judge: JERROLD N. POSLUSNY JR.

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: September 30, 2016

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | QUEENS PARK OVAL ASSET HOLDING TRUST |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | ERIC J. CLAYMAN, Esquire |
| Property Involved ("Collateral"): | 568 EAST COMMERCE STREET, BRIDGETON AREA, BRIDGETON, NJ 08302-2118 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for Six (6) months, from 02/01/2016 to 07/01/2016.

   ☒ The Debtor is overdue for Six (6) payments at $1,089.95 per month.

   ☒ Applicant acknowledges suspense funds held in the amount of $1,010.05.

   Total Arrearages Due $5,529.65.

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Beginning on 08/01/2016, regular monthly mortgage payments shall continue to be made.

   ☒ The amount of $5,529.65 shall be capitalized in the debtor's Chapter 13 Plan. The Debtor's monthly payment to the Chapter 13 Trustee shall be modified accordingly.

3. Payments to the Secured Creditor shall be made to the following address:

☒ Regular Monthly payment:

RoundPoint Mortgage Servicing Corp
P.O. Box 19409
Charlotte, NC 28219

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay waiving FED.R. Bankr P 3002.1.

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay waiving FED.R. Bankr P 3002.1.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief   from the Automatic Stay waiving FED.R. Bankr P 3002.1.

5. This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.