UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

769526
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for QUEENS PARK OVAL ASSET
HOLDING TRUST

In Re:

ALEXANDER CENTENO

**Order Filed on September 30, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No: 15-33048 - JNP

Hearing Date: June 28, 2016

Judge: JERROLD N. POSLUSNY JR.

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: September 30, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | QUEENS PARK OVAL ASSET HOLDING TRUST |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | ERIC J. CLAYMAN, Esquire |
| Property Involved ("Collateral"): | 568 EAST COMMERCE STREET, BRIDGETON AREA, BRIDGETON, NJ 08302-2118 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for Six (6) months, from 02/01/2016 to 07/01/2016.

   ☒ The Debtor is overdue for Six (6) payments at $1,089.95 per month.

   ☒ Applicant acknowledges suspense funds held in the amount of $1,010.05.

   Total Arrearages Due $5,529.65.

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Beginning on 08/01/2016, regular monthly mortgage payments shall continue to be made.

   ☒ The amount of $5,529.65 shall be capitalized in the debtor's Chapter 13 Plan.  The Debtor's monthly payment to the Chapter 13 Trustee shall be modified accordingly.

3. Payments to the Secured Creditor shall be made to the following address:

☒ Regular Monthly payment:

RoundPoint Mortgage Servicing Corp
P.O. Box 19409
Charlotte, NC 28219

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay waiving FED.R. Bankr P 3002.1.

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay waiving FED.R. Bankr P 3002.1.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay waiving FED.R. Bankr P 3002.1.

5. This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander Centeno  
       Debtor

Case No. 15-33048-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 30, 2016  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.  
db         +Alexander Centeno,    568 E. Commerce Street,    Bridgeton, NJ 08302-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:

        Eric   Clayman    on behalf of Debtor Alexander   Centeno jenkins.clayman@verizon.net  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        James Patrick Shay    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST james.shay@phelanhallinan.com  
        Jeffrey E. Jenkins    on behalf of Debtor Alexander   Centeno jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
        John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com  
        John Philip Schneider    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com  
        John Philip Schneider    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION SERVICER FOR QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com  
        Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                                                                               TOTAL: 9