Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–33048–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Alexander Centeno
568 E. Commerce Street
Bridgeton, NJ 08302

Social Security No.:
xxx–xx–4043

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 18, 2016.

On October 4, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                November 2, 2016
Time:                 09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 5, 2016
JJW: eag

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander Centeno  
    Debtor

Case No. 15-33048-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 05, 2016  
                      Form ID: 185    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
```
db           +Alexander Centeno,    568 E. Commerce Street,    Bridgeton, NJ 08302-2118
cr           +QUEENS PARK OVAL ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
               Suite 100,    Mt. Laurel, NJ 08054-3437
cr           +ROUNDPOINT MORTGAGE SERVICING CORPORATION SERVICER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515893502     Bank of America Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
515893503    +Bank of America, N.A.,    c/o Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Ste 100,
               Mount Laurel, NJ 08054-3437
516107288     Queens Park Oval Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corpor,
               5016 Parkway Blvd, Suite 200,    Charlotte, NC 28217
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2016 00:08:57     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2016 00:08:55     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515971334     E-mail/Text: ally@ebn.phinsolutions.com Oct 06 2016 00:07:57     National Auto Finance Company,
               PO Box 130424,    Roseville MN 55113-0004
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515971345*     National Auto Finance Company,    PO Box 130424,    Roseville MN 55113-0004
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
```
              Eric Clayman    on behalf of Debtor Alexander  Centeno jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor   QUEENS PARK OVAL ASSET HOLDING TRUST
               james.shay@phelanhallinan.com
              Jeffrey E. Jenkins    on behalf of Debtor Alexander  Centeno jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORPORATION
               SERVICER FOR QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor   QUEENS PARK OVAL ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor   Queens Park Oval Asset Holding Trust
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                              TOTAL: 9
```