Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 15−33048−JNP
                       Chapter: 13
                       Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander Centeno
   568 E. Commerce Street
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−4043

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      12/22/16
Time:     02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
$1100.00

EXPENSES
$22.75

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 22, 2016
JJW:

                                                                         James J. Waldron
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-33048-JNP
Alexander Centeno                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Nov 22, 2016
                              Form ID: 137             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2016.
```
db            +Alexander Centeno,    568 E. Commerce Street,    Bridgeton, NJ 08302-2118
cr            +QUEENS PARK OVAL ASSET HOLDING TRUST,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +ROUNDPOINT MORTGAGE SERVICING CORPORATION SERVICER,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515893502      Bank of America Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
515893503     +Bank of America, N.A.,    c/o Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Ste 100,
                Mount Laurel, NJ 08054-3437
516107288      Queens Park Oval Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corpor,
                5016 Parkway Blvd, Suite 200,    Charlotte, NC 28217
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2016 23:07:59      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2016 23:07:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515971334      E-mail/Text: ally@ebn.phinsolutions.com Nov 22 2016 23:07:09      National Auto Finance Company,
                PO Box 130424,    Roseville MN 55113-0004
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515971345*     National Auto Finance Company,    PO Box 130424,    Roseville MN 55113-0004
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2016 at the address(es) listed below:
```
              Eric   Clayman    on behalf of Debtor Alexander   Centeno jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST
               james.shay@phelanhallinan.com
              Jeffrey E. Jenkins    on behalf of Debtor Alexander   Centeno jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               SERVICER FOR QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor   Queens Park Oval Asset Holding Trust
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                             TOTAL: 9
```