# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

*Jane L. McDonald, Counsel*              *Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*              *Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*              *Jenai M. Cerquoni\**
*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

December 15, 2016

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:    Alexander Centeno
      Case No:           15-33048   JNP
      Hearing Date:      December 22, 2016 at 2:00 PM

Dear Judge Poslusny:

Please accept this letter as a response to Debtor(s)' Motion/Application.

The proposed form of order filed with the Motion/Application, proposes to increase debtor monthly Trustee payment going forward.  However, the modified plan confirmed on November 3, 2016, incorporated the supplemental attorney fee amount of $1,200.00.  Therefore, this fee application will not impact debtor Trustee payments going forward.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

OFFICE OF THE CHAPTER 13
STANDING TRUSTEE

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:    Eric J. Clayman, Esquire   (Debtor(s) Attorney)    (Via Electronic Case Filing / ECF)
      Alexander Centeno   (Debtor)   (Via Regular Mail)

Cherry Tree Corporate Center                              Payments Only:
535 Route 38
Suite 580                                                 P.O. Box 1978
Cherry Hill, NJ 08002                                     Memphis, TN 38101-1978
(856) 663-5002