| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |

Order Filed on December 22,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

| In Re: | Case No: 15-33048 |
|---|---|
| Alexander Centeno<br>Debtor | Chapter: 13 |
| | Judge: JNP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 22, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $\_\_1100.00_____ for services rendered and expenses in the amount of $\_\_22.75_____ for a total of $\_\_\_1122.75_____.  The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_n/a_____ per month for \_\_\_\_\_n/a\_ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander Centeno  
     Debtor

Case No. 15-33048-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Dec 22, 2016  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db         +Alexander Centeno,    568 E. Commerce Street,    Bridgeton, NJ 08302-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:
- Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Eric Clayman    on behalf of Debtor Alexander Centeno jenkins.clayman@verizon.net
- Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
- James Patrick Shay    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST james.shay@phelanhallinan.com
- Jeffrey E. Jenkins    on behalf of Debtor Alexander Centeno jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
- John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
- John Philip Schneider    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
- John Philip Schneider    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION SERVICER FOR QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
- Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                         TOTAL: 10