UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

833428
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for ROUNDPOINT MORTGAGE SERVICING
CORPORATION AS SERVICER FOR CARISBROOK
ASSET HOLDING TRUST

**Order Filed on January 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   ALEXANDER CENTENO

   Debtor(s)

Case No.: 15-33048 - JNP

Hearing Date:

Judge: JERROLD N. POSLUSNY JR.

Chapter: 13

---

Recommended Local Form:  ☐ Followed  ☒ Modified

---

### ORDER VACATING STAY

_____   The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 13, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of ROUNDPOINT MORTGAGE SERVICING CORPORATION AS SERVICER FOR CARISBROOK ASSET HOLDING TRUST, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

568 EAST COMMERCE STREET, BRIDGETON, NJ 08302

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Alexander Centeno
     Debtor

Case No. 15-33048-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin          Page 1 of 1          Date Rcvd: Jan 13, 2020
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db               +Alexander Centeno,    568 E. Commerce Street,    Bridgeton, NJ 08302-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:

      Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION SERVICER FOR QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric Clayman    on behalf of Debtor Alexander Centeno jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      James Patrick Shay    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST shay@bbs-law.com, jpshay@gmail.com
      Jeffrey E. Jenkins    on behalf of Debtor Alexander Centeno jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
      Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Nicholas V. Rogers    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
      Robert Davidow    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com
      Robert Davidow    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, AS SERVICER FOR CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com
      Sherri Jennifer Smith    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
      Sherri Jennifer Smith    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, AS SERVICER FOR CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
                                                                    TOTAL: 15