UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alexander Centeno
Debtor

Case No.:        15-33048 JNP

Adv. No.:

Hearing Date: February 18, 2020 at 10:00 a.m.

Judge:         Honorable Jerrold N. Poslusny, Jr.

| Recommended Local Form: ☒ Followed ☐ Modified |
| --- |

## ORDER TO IMPOSE AUTOMATIC STAY AS TO ROUNDPOINT MORTGAGE SERVICING CORPORATION

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: February 18, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the court

having reviewed the motion and any opposition filed, and for good cause having been shown, it

is

**ORDERED**   that:

1.  The automatic stay provisions to the bankruptcy code are hereby reinstated as to RoundPoint

    Mortgage Servicing Corporation.