UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

Alexander Centeno
Debtor

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    15-33048 JNP

Adv. No.:

Hearing Date: February 18, 2020 at 10:00 a.m.

Judge:    Honorable Jerrold N. Poslusny, Jr.

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER TO IMPOSE AUTOMATIC STAY AS TO ROUNDPOINT MORTGAGE SERVICING CORPORATION

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: February 18, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reinstated as to RoundPoint Mortgage Servicing Corporation.

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander Centeno  
       Debtor

Case No. 15-33048-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 18, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.  
db           +Alexander Centeno,   568 E. Commerce Street,   Bridgeton, NJ 08302-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:

          Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION SERVICER FOR QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com  
          Andrew L. Spivack    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com  
          Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Eric Clayman    on behalf of Debtor Alexander Centeno jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          James Patrick Shay    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST shay@bbs-law.com, jpshay@gmail.com  
          Jeffrey E. Jenkins    on behalf of Debtor Alexander Centeno jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
          John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com  
          Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Nicholas V. Rogers    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com  
          Robert Davidow    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com  
          Robert Davidow    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, AS SERVICER FOR CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com  
          Sherri Jennifer Smith    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
          Sherri Jennifer Smith    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, AS SERVICER FOR CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
                                                                            TOTAL: 15