Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN** Eric J Clayman, Esquire 412 White Horse Pike Audubon, NJ 08106 (856) 546-9696 Attorneys for the Debtor | |
| In Re: Alex Centeno debtor | Case No.: 15-33048 Chapter: 13 Hearing Date: 2/18/2020 Judge: JNP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: April 14, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$707.00</u> for services rendered and expenses in the amount of <u>$13.85</u> for a total of <u>$720.85</u> The allowance is payable:

<u>X</u>  through the Chapter 13 plan as an administrative priority.

\_\_\_ outside the plan.