Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br>Alex Centeno<br><br>debtor | Case No.: 15-33048<br><br>Chapter: 13<br><br>Hearing Date: 2/18/2020<br><br>Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

DATED: April 14, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$707.00</u> for services rendered and expenses in the amount of <u>$13.85</u> for a total of <u>$720.85</u> The allowance is payable:

<u>X</u>  through the Chapter 13 plan as an administrative priority.

___ outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-33048-JNP
Alexander Centeno                                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1           Date Rcvd: Apr 14, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
db            +Alexander Centeno,    568 E. Commerce Street,    Bridgeton, NJ 08302-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION SERVICER
               FOR QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Alexander  Centeno jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST
               shay@bbs-law.com,    jpshay@gmail.com
              Jeffrey E. Jenkins    on behalf of Debtor Alexander  Centeno jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John D. Krohn    on behalf of Creditor    QUEENS PARK OVAL ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    KINGSMEAD ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, AS SERVICER
               FOR CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION, AS
               SERVICER FOR CARISBROOK ASSET HOLDING TRUST nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
                                                                                               TOTAL: 15